**Opinion issued May 4, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00486-CV

———————————

**1507 CALIFORNIA, LLC; 2212 DUNLAVY, LLC; 606 HAROLD, LLC; AND 306 STRATFORD, LLC, Appellants**

**V.**

**FAIRVIEW INVESTMENT FUND III, LP AND MONTROSE MULTIFAMILY MEMBERS II, LLC, Appellees**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-13888**

---

## MEMORANDUM OPINION

Appellants have filed a motion to dismiss this appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal. Accordingly, we grant

the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Farris.